```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2722
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. NO.  S-04-442 WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) CONTINUING STATUS CONFERENCE AND |
| v. | ) EXCLUDING TIME |
| AMIR NOSHIN, | ) Date: August 3, 2005 |
| | ) Time:  9:00 a.m. |
| Defendant. | ) Crtrm: Hon. William B. Shubb |

Plaintiff, United States of America, by and through Assistant U.S. Attorney Robin R. Taylor, and defendant Amir Noshin, by and through counsel, Johnny L. Griffin, III, Esq., hereby STIPULATE AND AGREE to continue the status conference set for June 29, 2005, to August 3, 2005.

The parties have further AGREED AND STIPULATED that time should be excluded from June 29, 2005, through and including August 3, 2005, to provide defense counsel reasonable time to prepare pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) [Local Code T4].  The defense has requested a continuance, and it is justified, because the case (1) involves a complex access device fraud scheme; (2) defense counsel, who was just recently substituted into the

1

case, needs additional time to evaluate the case and review discovery; (3) the defense needs additional time to evaluate information recently obtained by the parties; and (4) the parties need additional time to discuss case resolution.  The defendant is in custody.

DATED: June 30, 2005          McGREGOR W. SCOTT
                              United States Attorney


                              By:/S/ Robin Taylor
                                 ROBIN R. TAYLOR
                                 Assistant U.S. Attorney


DATED: June 30, 2005          By:/S/ Johnny L. Griffin, III
                                 JOHNNY L. GRIFFIN, III, ESQ.
                                 Attorney for Amir Noshin

_____

**ORDER**

**IT IS SO ORDERED.**

DATED: June 30, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2