```
McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2722
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:04-CR-0442-WBS |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| AMIR NOSHIN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Amir Noshin, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 1029(c)(1)(C, defendant Amir Noshin's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    1.   2 black skimmers; and

    2.   Computer used to store credit card numbers.

2. The above-listed property constitutes personal property used, and intended to be used, in any manner or part, to commit and to facilitate the commission of a violation of 18 U.S.C. § 1029.

1

1    3.   Pursuant to Rule 32.2(b), the Attorney General (or a
2 designee) shall be authorized to seize the above-described property.
3 That the aforementioned forfeited property shall be seized and held
4 by the United States Secret Service, in its secure custody and
5 control.
6    4.   a.   Pursuant to 18 U.S.C. § 1029(c)(2) incorporating 21
7 U.S.C. § 853(n), and Local Rule 83-171, the United States forthwith
8 shall publish at least once for three successive weeks in the <u>Daily
9 Recorder</u> (Sacramento County) and in the <u>Mountain Democrat</u> (El Dorado
10 County), newspapers of general circulation located in the counties
11 in which the above-described property was seized, notice of this
12 Order, notice of the Attorney General's (or a designee's)  intent to
13 dispose of the property in such manner as the Attorney General may
14 direct, and notice that any person, other than the defendant, having
15 or claiming a legal interest in the above-listed property must file
16 a petition with the Court within thirty (30) days of the final
17 publication of the notice or of receipt of actual notice, whichever
18 is earlier.
19       b.   This notice shall state that the petition shall be for
20 a hearing to adjudicate the validity of the petitioner's alleged
21 interest in the property, shall be signed by the petitioner under
22 penalty of perjury, and shall set forth the nature and extent of the
23 petitioner's right, title or interest in the forfeited property and
24 any additional facts supporting the petitioner's claim and the
25 relief sought.
26       c.   The United States may also, to the extent practicable,
27 provide direct written notice to any person known to have alleged an
28 interest in the property that is the subject of the Order of

Forfeiture, as a substitute for published notice as to those persons so notified.

    5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 1029(c)(1)(C) in которых all interests will be addressed.

    SO ORDERED this 15th day of December, 2005.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE