McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:04-CR-00442-WBS |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| AMIR NOSHIN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on December 15, 2005, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 1029(c)(1)(C) based upon the plea agreement entered into between plaintiff and defendant Amir Noshin forfeiting to the United States the following property:

    a.   2 black skimmers; and

    b.   Computer used to store credit card numbers.

AND WHEREAS, on February 20, 27 and March 6, 2006, the United States published notification of the Court's Preliminary Order of Forfeiture in the Mountain Democrat (El Dorado County), and on March 3, 10, and 17, 2006, in The Daily Recorder (Sacramento County), newspapers of general circulation located in the counties in which

the subject property was seized.  Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 1029(c)(1)(C), to be disposed of according to law, including all right, title, and interest of Amir Noshin.

2.  All right, title, and interest in the above-described property shall vest solely in the name of the United States of America.

3.  The U.S. Secret Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED THIS <u>30th</u> day of October, 2007.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE